## HOPKINS *v.* DICKSON.

If one wrongfully takes the chattel of another from his possession, the latter may retake it, using no more force than is necessary for that purpose.

TRESPASS, for assault and battery, which occurred in the defendant's attempt to recapture a cow taken by the plaintiff. The court refused to instruct the jury, that, if the defendant was entitled to the possession of the cow, he had the right to recapture her, using so much force as was reasonably necessary for that purpose; but instructed them that, if in recapturing her he committed an assault and battery, he would be liable, and the defendant excepted. Verdict for the plaintiff.

*Ray, Drew & Jordan*, for the defendant, cited 2 Gr. Ev., *s.* 98; 3 *id.*, *s.* 65; *Green* v. *Goddard*, 2 Salk. 641; *Weaver* v. *Bush*, 8 T. R. 78; *Gregory* v. *Hill*, *id.* 299; *Hodgeden* v. *Hubbard*, 18 Vt. 504; *Baldwin* v. *Hayden*, 6 Conn. 457; *Simpson* v. *Morris*, 4 Taunt.

821; *Gates* v. *Lounsbury*, 20 Johns. 427; *Gyre* v. *Culver*, 47 Barb. 592.

*Ladd & Fletcher*, for the plaintiff.

BINGHAM, J. If one wrongfully takes the chattel of another from his possession, the latter may retake it, using no more force than is necessary for that purpose. *State* v. *Elliot*, 11 N. H. 540; *Sterling* v. *Warden*, 51 N. H. 217, 240—*S. C.*, 52 N. H. 197, 203; *Blades* v. *Higgs*, 10 C. B., N. S., 713; *Mills* v. *Wooters*, 59 Ill. 234.

*Verdict set aside.*

STANLEY, J., did not sit: the others concurred.